UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN CHARLES CRANDALL,

    Plaintiff,                    Case No. 1:22-cv-1193

v.                                  Hon. Hala Y. Jarbou

NEWAYGO COUNTY and
RACHEL ROBINSON,

    Defendants.
_____/

**ORDER STAYING CASE**

With the consent of the parties at the time scheduled for the Rule 16 Scheduling Conference this date, all proceedings in this case are **STAYED** pending decision on defendants' Motion to Dismiss or for Judgment on the Pleadings (ECF No. 8). Should any part of the case survive summary judgment, a Rule 16 Scheduling Conference will be rescheduled before the undersigned and the stay lifted.

Additionally, pursuant to the stipulation of the parties, plaintiff shall be given an additional 14 days to respond to defendant's motion to dismiss (ECF No. 8), or until **March 10, 2023.**

    **IT IS SO ORDERED.**

Dated: February 17, 2023        /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge